## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**MARCUS JOSEPH WILLIAMSON**
**#583936**

CASE NO.  3:25-CV-01594 SEC P

**VERSUS**

JUDGE TERRY A. DOUGHTY

**PARISH OF LAFAYETTE**

MAG. JUDGE KAYLA D. MCCLUSKY

### JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 18], noting no written and filed objections thereto, and after an independent review of the record and concurring with the Magistrate Judge's recommendation,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Marcus Joseph Williamson's Amended Complaint [Doc. No. 17] is **DENIED** and **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 17th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE